UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KIRKPATRICK DUNBAR,                                                     :
:
:
            Plaintiff,                                                  :
:      23-CV-1057 (JMF)
      -v-                                                               :
:              ORDER
:
SUNFLOWER GLASS COMPANY INC., et al.,                                   :
:
            Defendants.                                                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 13, 2023 Order, ECF No. 11, Defendants' answer was due April 29, 2023. To date, Defendants have not filed an answer or otherwise responded to the Complaint. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 4, 2023**.

      SO ORDERED.

Dated: May 1, 2023
       New York, New York

                                        JESSE M. FURMAN
                                    United States District Judge